UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LARRY HUGHES                                    CIVIL ACTION

VERSUS                                          NO: 10-808

LOUIS ARMSTRONG NEW ORLEANS                     SECTION: "J"(5)
INTERNATIONAL AIRPORT

<u>**ORDER**</u>

Local Rule 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the date set for hearing on the motion.  No memorandum in opposition to Defendant Louis Armstrong New Orleans International Airport's **Motion for Summary Judgment (Rec. Doc. 31)**, set for hearing on February 16, 2011, was submitted timely. The Court attempted to contact Plaintiff on three separate occasions but was unsuccessful.  Accordingly, this motion is deemed to be unopposed.  Further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that Defendant Louis Armstrong New Orleans International Airports's **Motion for Summary Judgment (Rec. Doc. 31) is GRANTED.**

A motion for reconsideration of this order based on the appropriate Federal Rule of Civil Procedure, if any, must be filed within thirty days.  The motion must be accompanied by an opposition memorandum to the original motion.  Because such a motion would not have been necessary had a timely opposition

memorandum been filed, the costs incurred in connection with the motion, including attorney's fees, may be assessed against the party moving for reconsideration.  <u>See</u> Fed. R. Civ. P. 16.

New Orleans, Louisiana, this 16th day of February, 2011.


CARL J. BARBIER
UNITED STATES DISTRICT JUDGE